UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:    KARIS, ANDREW J.           §    Case No. 10-29606
          KARIS, MARIA L.            §
          INC, DRAPEMASTER           §
Debtor(s)                            §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/21/2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2011        By:    /s/Glenn R. Heyman
                                      Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KARIS, ANDREW J. § Case No. 10-29606
KARIS, MARIA L. §
INC, DRAPEMASTER §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION

*The Final Report shows receipts of* $ 10,000.78

*and approved disbursements of* $ 55.62

*leaving a balance on hand of* [1] $ 9,945.16

**Balance on hand:** $ 9,945.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | GMAC | 32,639.19 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,945.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,750.07 | 0.00 | 1,750.07 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,716.00 | 0.00 | 2,716.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 38.68 | 0.00 | 38.68 |

Total to be paid for chapter 7 administration expenses: $ 4,504.75
Remaining balance: $ 5,440.41

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,440.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,440.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 407,375.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 12,588.00 | 0.00 | 168.11 |
| 3 | Chase Bank USA, N.A. | 4,607.51 | 0.00 | 61.53 |
| 4 | Chase Bank USA, N.A. | 52,913.76 | 0.00 | 706.65 |
| 5 | Albany Bank & Trust Company | 200,236.10 | 0.00 | 2,674.11 |
| 6 | American Express Centurion Bank | 44,085.93 | 0.00 | 588.76 |
| 7 | American Express Centurion Bank | 7,380.20 | 0.00 | 98.56 |
| 8 | PRA Receivables Mgmt as agent of Portfolio Recovery Assocs | 16,555.02 | 0.00 | 221.09 |
| 9 | GE Money Bank | 5,384.32 | 0.00 | 71.91 |
| 10 | Cavalry Portfolio Services, assignee of BofA/FIA Card svc NA | 21,888.22 | 0.00 | 292.31 |

**UST Form 101-7-NFR (10/1/2010)**

| 11 | Fia Card Services, NA/Bank of America | 41,736.33 | 0.00 | 557.38 |

|  |  |
|---|---|
| Total to be paid for timely general unsecured claims: | $ 5,440.41 |
| Remaining balance: | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for tardy general unsecured claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None |  |  |  |  |

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**Notice Recipients**

District/Off: 0752−1            User: cmendoza1            Date Created: 10/28/2011
Case: 10−29606                  Form ID: pdf006             Total: 86

**Recipients of Notice of Electronic Filing:**
tr     Glenn R Heyman, ESQ        gheyman@craneheyman.com
aty    Glenn R Heyman
aty    Glenn R Heyman, ESQ        gheyman@craneheyman.com
aty    John M Brom        jbrom@querrey.com
aty    Robert R Benjamin          rrbenjamin@golanchristie.com

                                                                           TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Andrew J. Karis        2941 Keystone Road         Northbrook, IL 60062
jdb         Maria L. Karis         2941 Keystone Road         Northbrook, IL 60062
16589155    ATTMobility       PO Box 6463         Carol Stream, IL 60197−6428
16589152    Ado Corp       P.O. Box 102459         Atlanta, GA 30368−2459
15795976    Albany Bank &Trust Company         Attn Brenda Helms         3400 W. Lawrence Ave.         Chicago, IL 60625
15795977    Albany Bank &Trust Company, N.A.         c/o Jeffrey Finke       55 W. Wacker Dr., #1400       Chicago, IL 60601
16589153    Allied Waste Services #710         PO Box 9001154         Louisville, KY 40290−1154
16589154    Allstate, Hudson        PO Box 3563         Akron, OH 44309−3563
15795979    American Express        Customer Service        PO Box 981535         El Paso, TX 79998
15795978    American Express        c/o NCO Financial Systems Inc.        507 Prudential Road        Horsham, PA 19044
15795980    American Express − Rewards Plus Gld         Customer Service         PO Box 981535         El Paso, TX 79998
16625789    American Express Centurion Bank         c o Becket and Lee LLP         POB 3001         Malvern, PA 19355−0701
16625790    American Express Centurion Bank         c o Becket and Lee LLP         POB 3001         Malvern, PA 19355−0701
15795981    American Express Centurion Bank         c/o The Chaet Kaplan Firm         30 N. LaSalle, #1520         Chicago, IL 60602
15795982    BAC Home Loans Servicing         PO Box 650070         Dallas, TX 75265
16589156    BTX Window Automation, Inc.         10763 Sanden Drive         Dallas, TX 75238
15795984    Bank of America       PO Box 15026        Wilmington, DE 19850
15795983    Bank of America       PO Box 5170         Simi Valley, CA 93062
15795986    Bank of America − WorldPoints         PO Box 15026         Wilmington, DE 19850
15795985    Bank of America − WorldPoints         PO Box 15184         Wilmington, DE 19850
16589157    Carol Sewing        5329 N. Lakewood Avenue         Chicago, IL 60640
15795987    Cavalry Portfolio Services, LLC         7 Skyline Drive         Hawthorne, NY 10532
16693076    Cavalry Portfolio Services, LLC         Bank of America FIA Card SVC NA         500 Summit Lake Drive Suite 400         Valhalla, NY 10595−1340
15795988    Chase       PO Box 15298         Wilmington, DE 19850
16389207    Chase Bank USA, N.A.         PO Box 15145         Wilmington, DE 19850−5145
15795990    CitiCards       Customer Service        Box 6000         The Lakes, NV 89163
15795989    Citibank South Dakota, N.A.         c/o Blitt &Gaines PC         661 Glenn Ave.         Wheeling, IL 60090
16589158    Converged Communication Systems         LLC        2930 Central Street, Suite 200         Evanston, IL 60201
16589159    Dezign Sewing         4001 N. Ravenswood         Chicago, IL 60613
15795991    Discover − Sam's Club         GE Money Bank, Attn: Bnkruptcy Dept         PO Box 103104         Roswell, GA 30076
16337570    Discover Bank        Dfs Services LLC         PO Box 3025         New Albany, OH 43054−3025
15795992    Discover Card        PO Box 30943        Salt Lake City, UT 84130
15795993    Drapemaster, Inc.         2311 N. Pulaski         Chicago, IL 60639
16589160    Drapery Install        5858 N. Nina Ave         Chicago, IL 60631
16589161    Elaine Enteriors        PO Box 368547         Chicago, IL 60636
16589162    Fablok Mills, Inc.         140 Spring Street         Murray Hill, NJ 07974
16589163    Fabricut        9303 E. 46th Street         Tulsa, OK 74145
16699773    Fia Card Services, NA/Bank of America         by American Infosource Lp As Its Agent         PO Box 248809         Oklahoma City, OK 73124−8809
15795994    GE Money Bank        c/o Meyer &Njus PA         134 N. LaSalle St, Suite 1840         Chicago, IL 60602
16683218    GE Money Bank        c/o Recovery Management Systems Corporat         25 SE 2nd Ave Suite 1120         Miami FL 33131−1605
16006017    GMAC        PO BOX 130424         ROSEVILLE MN 55113
15795995    GMAC        PO Box 380902         Bloomington, MN 55438
16589164    Hinkley Springs        PO Box 660579         Dallas, TX 75266−05
16589165    Hunter Douglas − Contract         11844 West Pico Boulevard         Los Angeles, CA 90064
16589166    Hunter Douglas − Northeast         PO Box 405756         Atlanta, GA 30384−5756
15795996    IL Bone and Joint Institute RE         5057 Paysphere Circle         Chicago, IL 60674
16589167    Indecor − V        5009 N. Winthrop Ave         Chicago, IL 60640
16589168    Knoll       PO Box 841366         Dallas, TX 75284−1366
15795997    Knoll Inc.        c/o Teller Levit Silvertrust         11 E. Adams, 8th Floor         Chicago, IL 60603
16589169    Lafayette        3000 Klondike Road         PO Box 2838         West Lafayette, IN 47996−0838

| | | | | |
|---|---|---|---|---|
| 16589170 | Laken | 1443 N. Brandon Road | Glenview, IL 60025 | |
| 16589171 | Levolor − Newell Co. | PO Box 92026 | Chicago, IL 60675−2026 | |
| 15795998 | Lexus Financial Services | PO Box 4102 | Carol Stream, IL 60197 | |
| 16589172 | Maharam | PO Box 5937 | Hauppauge, NY 11788 | |
| 16589173 | Marvin Feig | 1111 Ridgewood Dr | Highland Park, IL 60035 | |
| 16589174 | Marvin Feig and Associates | 2311 N. Pulaski Road | Chicago, IL 60639 | |
| 16589175 | Meyer Drapery Services, Inc. | 330 N. Neil Street | Champaign, IL 61820 | |
| 16589176 | Needful Things of Chicago | 3239 W. Flournoy | Chicago, IL 60624 | |
| 15795999 | Neiman Marcus | PO Box 729080 | Dallas, TX 75372 | |
| 16589177 | Nolte &Tyson, Inc. | 24 Center Drive | Gilberts, IL 60136 | |
| 16589178 | Oxford House | 606 W. State Road 18 | Fowler, IN 47944 | |
| 16682478 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. | c/o U.S. Bank National Association ND | POB 41067    Norfolk VA 23541 |
| 16589180 | RM Coco | PO Box 1270 | Cape Girardeau, MO 63702−1270 | |
| 16589179 | Regent Shades &Blinds | 917 W. Irving Park Road | Chicago, IL 60613 | |
| 16589181 | Solar Shading Systems | 3000 Airway Avenue | Costa Mesa, CA 92626 | |
| 16589182 | Solarfective | 55 Hymus Road | Scarborough, ON M1L2C6 | CANADA |
| 16589183 | Southstar Supply | PO Box 90147 | Nashville, TN 37209 | |
| 16589184 | Springs | PO Box 945792 | Atlanta, GA 30394−5792 | |
| 16589185 | State Farm Insurance | 2702 Ireland Grove Road | Bloomington, IL 61709−0001 | |
| 15796000 | Target National Bank | c/o Target Credit Services | PO Box 1581 | Minneapolis, MN 55440 |
| 16589186 | Textol Systems, Inc. | PO Box 217 | Carlstadt, NJ 07072 | |
| 16589188 | UPS | Lockbox 577 | Carol Stream, IL 60132−0577 | |
| 15796001 | US Bank | Cardmember Service | PO Box 6335 | Fargo, ND 58125 |
| 16589189 | US Messenger &Logistics, Inc. | 7790 Quincy Street | Willowbrook, IL 60527 | |
| 16589187 | Udell Brown | 1332 N. Halsted, Suite 100 | Chicago, IL 60622 | |
| 16589190 | Vesta Decorative Home Accents | 109 Welpine Ridge Road | Pendleton, SC 29670 | |
| 16589191 | Warady &Davis | 1717 Deerfield Rd, Suite 300 | Deerfield, IL 60015 | |
| 15796002 | Warren Shade Company | c/o Teller Levit Silvertrust | 11 E. Adams, 8th Floor | Chicago, IL 60603 |
| 16589192 | Warren Steven Window Fashions | NW 5136    PO Box 1450 | Minneapolis, MN 55485−5136 | |
| 16589193 | Wisconsin Drapery | PO Box 697 | Pewaukee, WI 53072−0697 | |
| 16589194 | Yellow Freight | PO Box 93151 | Chicago, IL 60673−3 | |

TOTAL: 81