UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:   KARIS, ANDREW J.          §   Case No. 10-29606
         KARIS, MARIA L.           §
         INC, DRAPEMASTER          §
Debtor(s)                          §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that GLENN R. HEYMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30am on 12/21/2011 in Courtroom 642, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/27/2011        By:   /s/Glenn R. Heyman
                                     Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL 60603
(312) 641-6777

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: KARIS, ANDREW J. § Case No. 10-29606
KARIS, MARIA L. §
INC, DRAPEMASTER §
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| The Final Report shows receipts of | $ 10,000.78 |
| and approved disbursements of | $ 55.62 |
| leaving a balance on hand of $^{1}$ | $ 9,945.16 |

**Balance on hand:**  $ 9,945.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | GMAC | 32,639.19 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 9,945.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - GLENN R. HEYMAN | 1,750.07 | 0.00 | 1,750.07 |
| Attorney for Trustee, Fees - Crane, Heyman, Simon, Welch & Clar | 2,716.00 | 0.00 | 2,716.00 |
| Attorney for Trustee, Expenses - Crane, Heyman, Simon, Welch & Clar | 38.68 | 0.00 | 38.68 |

Total to be paid for chapter 7 administration expenses: $ 4,504.75
Remaining balance: $ 5,440.41

---

$^{1}$ The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,440.41

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,440.41

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 407,375.39 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 1.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Discover Bank | 12,588.00 | 0.00 | 168.11 |
| 3 | Chase Bank USA, N.A. | 4,607.51 | 0.00 | 61.53 |
| 4 | Chase Bank USA, N.A. | 52,913.76 | 0.00 | 706.65 |
| 5 | Albany Bank & Trust Company | 200,236.10 | 0.00 | 2,674.11 |
| 6 | American Express Centurion Bank | 44,085.93 | 0.00 | 588.76 |
| 7 | American Express Centurion Bank | 7,380.20 | 0.00 | 98.56 |
| 8 | PRA Receivables Mgmt as agent of Portfolio Recovery Assocs | 16,555.02 | 0.00 | 221.09 |
| 9 | GE Money Bank | 5,384.32 | 0.00 | 71.91 |
| 10 | Cavalry Portfolio Services, assignee of BofA/FIA Card svc NA | 21,888.22 | 0.00 | 292.31 |

UST Form 101-7-NFR (10/1/2010)

| 11 | Fia Card Services, NA/Bank of America | 41,736.33 | 0.00 | 557.38 |

Total to be paid for timely general unsecured claims: $ 5,440.41
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-NFR (10/1/2010)

Prepared By: /s/GLENN R. HEYMAN
Trustee

GLENN R. HEYMAN
135 S. LaSalle Street, #3705
Chicago, IL  60603
(312) 641-6777

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

**Notice Recipients**

| | | |
|---|---|---|
| District/Off: 0752−1 | User: cmendoza1 | Date Created: 10/28/2011 |
| Case: 10−29606 | Form ID: pdf006 | Total: 86 |

**Recipients of Notice of Electronic Filing:**
tr      Glenn R Heyman, ESQ      gheyman@craneheyman.com
aty     Glenn R Heyman
aty     Glenn R Heyman, ESQ      gheyman@craneheyman.com
aty     John M Brom     jbrom@querrey.com
aty     Robert R Benjamin      rrbenjamin@golanchristie.com

                                                                TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db         Andrew J. Karis       2941 Keystone Road       Northbrook, IL 60062
jdb        Maria L. Karis        2941 Keystone Road       Northbrook, IL 60062
16589155   ATTMobility       PO Box 6463       Carol Stream, IL 60197−6428
16589152   Ado Corp       P.O. Box 102459       Atlanta, GA 30368−2459
15795976   Albany Bank &Trust Company       Attn Brenda Helms       3400 W. Lawrence Ave.       Chicago, IL 60625
15795977   Albany Bank &Trust Company, N.A.       c/o Jeffrey Finke       55 W. Wacker Dr., #1400       Chicago, IL 60601
16589153   Allied Waste Services #710       PO Box 9001154       Louisville, KY 40290−1154
16589154   Allstate, Hudson       PO Box 3563       Akron, OH 44309−3563
15795979   American Express       Customer Service       PO Box 981535       El Paso, TX 79998
15795978   American Express       c/o NCO Financial Systems Inc.       507 Prudential Road       Horsham, PA 19044
15795980   American Express − Rewards Plus Gld       Customer Service       PO Box 981535       El Paso, TX 79998
16625789   American Express Centurion Bank       c o Becket and Lee LLP       POB 3001       Malvern, PA 19355−0701
16625790   American Express Centurion Bank       c o Becket and Lee LLP       POB 3001       Malvern, PA 19355−0701
15795981   American Express Centurion Bank       c/o The Chaet Kaplan Firm       30 N. LaSalle, #1520       Chicago, IL 60602
15795982   BAC Home Loans Servicing       PO Box 650070       Dallas, TX 75265
16589156   BTX Window Automation, Inc.       10763 Sanden Drive       Dallas, TX 75238
15795984   Bank of America       PO Box 15026       Wilmington, DE 19850
15795983   Bank of America       PO Box 5170       Simi Valley, CA 93062
15795986   Bank of America − WorldPoints       PO Box 15026       Wilmington, DE 19850
15795985   Bank of America − WorldPoints       PO Box 15184       Wilmington, DE 19850
16589157   Carol Sewing       5329 N. Lakewood Avenue       Chicago, IL 60640
15795987   Cavalry Portfolio Services, LLC       7 Skyline Drive       Hawthorne, NY 10532
16693076   Cavalry Portfolio Services, LLC       Bank of America FIA Card SVC NA       500 Summit Lake Drive Suite 400       Valhalla, NY 10595−1340
15795988   Chase       PO Box 15298       Wilmington, DE 19850
16389207   Chase Bank USA, N.A.       PO Box 15145       Wilmington, DE 19850−5145
15795990   CitiCards       Customer Service       Box 6000       The Lakes, NV 89163
15795989   Citibank South Dakota, N.A.       c/o Blitt &Gaines PC       661 Glenn Ave.       Wheeling, IL 60090
16589158   Converged Communication Systems       LLC       2930 Central Street, Suite 200       Evanston, IL 60201
16589159   Dezign Sewing       4001 N. Ravenswood       Chicago, IL 60613
15795991   Discover − Sam's Club       GE Money Bank, Attn: Bnkruptcy Dept       PO Box 103104       Roswell, GA 30076
16337570   Discover Bank       Dfs Services LLC       PO Box 3025       New Albany, OH 43054−3025
15795992   Discover Card       PO Box 30943       Salt Lake City, UT 84130
15795993   Drapemaster, Inc.       2311 N. Pulaski       Chicago, IL 60639
16589160   Drapery Install       5858 N. Nina Ave       Chicago, IL 60631
16589161   Elaine Enteriors       PO Box 368547       Chicago, IL 60636
16589162   Fablok Mills, Inc.       140 Spring Street       Murray Hill, NJ 07974
16589163   Fabricut       9303 E. 46th Street       Tulsa, OK 74145
16699773   Fia Card Services, NA/Bank of America       by American Infosource Lp As Its Agent       PO Box 248809       Oklahoma City, OK 73124−8809
15795994   GE Money Bank       c/o Meyer &Njus PA       134 N. LaSalle St, Suite 1840       Chicago, IL 60602
16683218   GE Money Bank       c/o Recovery Management Systems Corporat       25 SE 2nd Ave Suite 1120       Miami FL 33131−1605
16006017   GMAC       PO BOX 130424       ROSEVILLE MN 55113
15795995   GMAC       PO Box 380902       Bloomington, MN 55438
16589164   Hinkley Springs       PO Box 660579       Dallas, TX 75266−05
16589165   Hunter Douglas − Contract       11844 West Pico Boulevard       Los Angeles, CA 90064
16589166   Hunter Douglas − Northeast       PO Box 405756       Atlanta, GA 30384−5756
15795996   IL Bone and Joint Institute RE       5057 Paysphere Circle       Chicago, IL 60674
16589167   Indecor − V       5009 N. Winthrop Ave       Chicago, IL 60640
16589168   Knoll       PO Box 841366       Dallas, TX 75284−1366
15795997   Knoll Inc.       c/o Teller Levit Silvertrust       11 E. Adams, 8th Floor       Chicago, IL 60603
16589169   Lafayette       3000 Klondike Road       PO Box 2838       West Lafayette, IN 47996−0838

| | | | | |
|---|---|---|---|---|
| 16589170 | Laken | 1443 N. Brandon Road | Glenview, IL 60025 | |
| 16589171 | Levolor − Newell Co. | PO Box 92026 | Chicago, IL 60675−2026 | |
| 15795998 | Lexus Financial Services | PO Box 4102 | Carol Stream, IL 60197 | |
| 16589172 | Maharam | PO Box 5937 | Hauppauge, NY 11788 | |
| 16589173 | Marvin Feig | 1111 Ridgewood Dr | Highland Park, IL 60035 | |
| 16589174 | Marvin Feig and Associates | 2311 N. Pulaski Road | Chicago, IL 60639 | |
| 16589175 | Meyer Drapery Services, Inc. | 330 N. Neil Street | Champaign, IL 61820 | |
| 16589176 | Needful Things of Chicago | 3239 W. Flournoy | Chicago, IL 60624 | |
| 15795999 | Neiman Marcus | PO Box 729080 | Dallas, TX 75372 | |
| 16589177 | Nolte &Tyson, Inc. | 24 Center Drive | Gilberts, IL 60136 | |
| 16589178 | Oxford House | 606 W. State Road 18 | Fowler, IN 47944 | |
| 16682478 | PRA Receivables Management, LLC | As Agent Of Portfolio Recovery Assocs. | c/o U.S. Bank National Association ND | POB 41067   Norfolk VA 23541 |
| 16589180 | RM Coco | PO Box 1270 | Cape Girardeau, MO 63702−1270 | |
| 16589179 | Regent Shades &Blinds | 917 W. Irving Park Road | Chicago, IL 60613 | |
| 16589181 | Solar Shading Systems | 3000 Airway Avenue | Costa Mesa, CA 92626 | |
| 16589182 | Solarfective | 55 Hymus Road | Scarborough, ON M1L2C6 | CANADA |
| 16589183 | Southstar Supply | PO Box 90147 | Nashville, TN 37209 | |
| 16589184 | Springs | PO Box 945792 | Atlanta, GA 30394−5792 | |
| 16589185 | State Farm Insurance | 2702 Ireland Grove Road | Bloomington, IL 61709−0001 | |
| 15796000 | Target National Bank | c/o Target Credit Services | PO Box 1581 | Minneapolis, MN 55440 |
| 16589186 | Textol Systems, Inc. | PO Box 217 | Carlstadt, NJ 07072 | |
| 16589188 | UPS | Lockbox 577 | Carol Stream, IL 60132−0577 | |
| 15796001 | US Bank | Cardmember Service | PO Box 6335 | Fargo, ND 58125 |
| 16589189 | US Messenger &Logistics, Inc. | 7790 Quincy Street | Willowbrook, IL 60527 | |
| 16589187 | Udell Brown | 1332 N. Halsted, Suite 100 | Chicago, IL 60622 | |
| 16589190 | Vesta Decorative Home Accents | 109 Welpine Ridge Road | Pendleton, SC 29670 | |
| 16589191 | Warady &Davis | 1717 Deerfield Rd, Suite 300 | Deerfield, IL 60015 | |
| 15796002 | Warren Shade Company | c/o Teller Levit Silvertrust | 11 E. Adams, 8th Floor | Chicago, IL 60603 |
| 16589192 | Warren Steven Window Fashions | NW 5136   PO Box 1450 | Minneapolis, MN 55485−5136 | |
| 16589193 | Wisconsin Drapery | PO Box 697 | Pewaukee, WI 53072−0697 | |
| 16589194 | Yellow Freight | PO Box 93151 | Chicago, IL 60673−3 | |

TOTAL: 81

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                      Case No. 10-29606-SPS
Andrew J. Karis                                             Chapter 7
Maria L. Karis
       Debtors                  CERTIFICATE OF NOTICE
District/off: 0752-1          User: cmendoza1              Page 1 of 2                  Date Rcvd: Oct 31, 2011
                              Form ID: pdf002              Total Noticed: 76


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 02, 2011.
db/jdb       +Andrew J. Karis,   Maria L. Karis,   2941 Keystone Road,   Northbrook, IL 60062-5105
16589155     +AT&T Mobility,   PO Box 6463,   Carol Stream, IL 60197-6463
16589152      Ado Corp,   P.O. Box 102459,   Atlanta, GA 30368-2459
15795976     +Albany Bank & Trust Company,   Attn Brenda Helms,   3400 W. Lawrence Ave.,
               Chicago, IL 60625-5188
15795977     +Albany Bank & Trust Company, N.A.,   c/o Jeffrey Finke,   55 W. Wacker Dr., #1400,
               Chicago, IL 60601-1799
16589153      Allied Waste Services #710,   PO Box 9001154,   Louisville, KY 40290-1154
16589154      Allstate, Hudson,   PO Box 3563,   Akron, OH 44309-3563
15795978     +American Express,   c/o NCO Financial Systems Inc.,   507 Prudential Road,
               Horsham, PA 19044-2308
15795979     +American Express,   Customer Service,   PO Box 981535,   El Paso, TX 79998-1535
15795980     +American Express - Rewards Plus Gld,   Customer Service,   PO Box 981535,
               El Paso, TX 79998-1535
16625789      American Express Centurion Bank,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
15795981     +American Express Centurion Bank,   c/o The Chaet Kaplan Firm,   30 N. LaSalle, #1520,
               Chicago, IL 60602-3387
15795982     +BAC Home Loans Servicing,   PO Box 650070,   Dallas, TX 75265-0070
16589156     +BTX Window Automation, Inc.,   10763 Sanden Drive,   Dallas, TX 75238-1336
15795983     +Bank of America,   PO Box 5170,   Simi Valley, CA 93062-5170
16589157     +Carol Sewing,   5329 N. Lakewood Avenue,   Chicago, IL 60640-2208
15795987     +Cavalry Portfolio Services, LLC,   7 Skyline Drive,   Hawthorne, NY 10532-2156
16693076     +Cavalry Portfolio Services, LLC,   Bank of America FIA Card SVC NA,
               500 Summit Lake Drive Suite 400,   Valhalla, NY 10595-2321
15795988     +Chase,   PO Box 15298,   Wilmington, DE 19850-5298
16389207      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15795990     +CitiCards,   Customer Service,   Box 6000,   The Lakes, NV 89163-0001
15795989     +Citibank South Dakota, N.A.,   c/o Blitt & Gaines PC,   661 Glenn Ave.,   Wheeling, IL 60090-6017
16589158     +Converged Communication Systems,   LLC,   2930 Central Street, Suite 200,
               Evanston, IL 60201-1244
16589159     +Dezign Sewing,   4001 N. Ravenswood,   Chicago, IL 60613-1154
15795991     +Discover - Sam's Club,   GE Money Bank, Attn: Bnkruptcy Dept,   PO Box 103104,
               Roswell, GA 30076-9104
15795993     +Drapemaster, Inc.,   2311 N. Pulaski,   Chicago, IL 60639-3711
16589160     +Drapery Install,   5858 N. Nina Ave,   Chicago, IL 60631-2433
16589161     +Elaine Enteriors,   PO Box 368547,   Chicago, IL 60636-8547
16589162     +Fablok Mills, Inc.,   140 Spring Street,   Murray Hill, NJ 07974-1194
16589163     +Fabricut,   9303 E. 46th Street,   Tulsa, OK 74145-4895
15795994     +GE Money Bank,   c/o Meyer & Njus PA,   134 N. LaSalle St, Suite 1840,   Chicago, IL 60602-1100
16006017     +GMAC,   PO BOX 130424,   ROSEVILLE MN 55113-0004
15795995     +GMAC,   PO Box 380902,   Bloomington, MN 55438-0902
16589164     +Hinkley Springs,   PO Box 660579,   Dallas, TX 75266-0579
16589165     +Hunter Douglas - Contract,   11844 West Pico Boulevard,   Los Angeles, CA 90064-1352
16589166      Hunter Douglas - Northeast,   PO Box 405756,   Atlanta, GA 30384-5756
15795996     +IL Bone and Joint Institute RE,   5057 Paysphere Circle,   Chicago, IL 60674-0001
16589167     +Indecor - V,   5009 N. Winthrop Ave,   Chicago, IL 60640-3123
16589168      Knoll,   PO Box 841366,   Dallas, TX 75284-1366
15795997     +Knoll Inc.,   c/o Teller Levit Silvertrust,   11 E. Adams, 8th Floor,   Chicago, IL 60603-6324
16589169     +Lafayette,   3000 Klondike Road,   PO Box 2838,   West Lafayette, IN 47996-2838
16589170     +Laken,   1443 N. Brandon Road,   Glenview, IL 60025-2336
16589171      Levolor - Newell Co.,   PO Box 92026,   Chicago, IL 60675-2026
15795998     +Lexus Financial Services,   PO Box 4102,   Carol Stream, IL 60197-4102
16589172     +Maharam,   PO Box 5937,   Hauppauge, NY 11788-0937
16589173     +Marvin Feig,   1111 Ridgewood Dr,   Highland Park, IL 60035-4065
16589174     +Marvin Feig and Associates,   2311 N. Pulaski Road,   Chicago, IL 60639-3711
16589175     +Meyer Drapery Services, Inc.,   330 N. Neil Street,   Champaign, IL 61820-3614
16589176     +Needful Things of Chicago,   3239 W. Flournoy,   Chicago, IL 60624-3713
15795999     +Neiman Marcus,   PO Box 729080,   Dallas, TX 75372-9080
16589177     +Nolte & Tyson, Inc.,   24 Center Drive,   Gilberts, IL 60136-9645
16589178     +Oxford House,   606 W. State Road 18,   Fowler, IN 47944-8300
16682478     +PRA Receivables Management, LLC,   As Agent Of Portfolio Recovery Assocs.,
               c/o U.S. Bank National Association ND,   POB 41067,   Norfolk VA 23541-1067
16589180      RM Coco,   PO Box 1270,   Cape Girardeau, MO 63702-1270
16589179     +Regent Shades & Blinds,   917 W. Irving Park Road,   Chicago, IL 60613-4585
16589181     +Solar Shading Systems,   3000 Airway Avenue,   Costa Mesa, CA 92626-6023
16589182      Solarfective,   55 Hymus Road,   Scarborough, ON M1L2C6,   CANADA
16589183     +Southstar Supply,   PO Box 90147,   Nashville, TN 37209-0147
16589184      Springs,   PO Box 945792,   Atlanta, GA 30394-5792
16589185      State Farm Insurance,   2702 Ireland Grove Road,   Bloomington, IL 61709-0001
15796000     +Target National Bank,   c/o Target Credit Services,   PO Box 1581,   Minneapolis, MN 55440-1581
16589186     +Textol Systems, Inc.,   PO Box 217,   Carlstadt, NJ 07072-0217
16589188      UPS,   Lockbox 577,   Carol Stream, IL 60132-0577
```

```
District/off: 0752-1           User: cmendoza1             Page 2 of 2                   Date Rcvd: Oct 31, 2011
                               Form ID: pdf002             Total Noticed: 76


15796001    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court: US Bank,    Cardmember Service,    PO Box 6335,    Fargo, ND 58125)
16589189    +US Messenger & Logistics, Inc.,    7790 Quincy Street,    Willowbrook, IL 60527-5532
16589187    +Udell Brown,    1332 N. Halsted, Suite 100,    Chicago, IL 60642-2637
16589190    +Vesta Decorative Home Accents,    109 Welpine Ridge Road,    Pendleton, SC 29670-9603
16589191    +Warady & Davis,    1717 Deerfield Rd, Suite 300,    Deerfield, IL 60015-3973
15796002    +Warren Shade Company,    c/o Teller Levit Silvertrust,    11 E. Adams, 8th Floor,
              Chicago, IL 60603-6324
16589192     Warren Steven Window Fashions,    NW 5136,    PO Box 1450,    Minneapolis, MN 55485-5136
16589193     Wisconsin Drapery,    PO Box 697,    Pewaukee, WI 53072-0697
16589194    +Yellow Freight,    PO Box 93151,    Chicago, IL 60673-3151
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15795992     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2011 03:08:12     Discover Card,   PO Box 30943,
              Salt Lake City, UT 84130
16337570     E-mail/PDF: mrdiscen@discoverfinancial.com Nov 01 2011 03:08:12     Discover Bank,
              Dfs Services LLC,    PO Box 3025,    New Albany, OH  43054-3025
16699773     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Nov 01 2011 03:07:44
              Fia Card Services, NA/Bank of America,    by American Infosource Lp As Its Agent,   PO Box 248809,
              Oklahoma City, OK  73124-8809
16683218     E-mail/PDF: gecsedi@recoverycorp.com Nov 01 2011 03:09:05     GE Money Bank,
              c/o Recovery Management Systems Corporat,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
16625790*    American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
15795984   ##+Bank of America,    PO Box 15026,    Wilmington, DE 19850-5026
15795985   ##+Bank of America - WorldPoints,    PO Box 15184,    Wilmington, DE 19850-5184
15795986   ##+Bank of America - WorldPoints,    PO Box 15026,    Wilmington, DE 19850-5026
                                                                                     TOTALS: 0, * 1, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Nov 02, 2011**                        **Signature:**         _/s/ Joseph Speetjens_