**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: KARIS, ANDREW J. | § | Case No. 10-29606 |
| KARIS, MARIA L. | § | |
| INC, DRAPEMASTER | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

GLENN R. HEYMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $5,200.00 *(without deducting any secured claims)* | Assets Exempt: $40,900.00 |
| Total Distribution to Claimants: $5,440.62 | Claims Discharged Without Payment: $935,969.68 |
| Total Expenses of Administration: $4,560.37 | |

3) Total gross receipts of $ 10,000.99  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00  (see **Exhibit 2**), yielded net receipts of $10,000.99 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $1,441,318.00 | $32,639.19 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,560.37 | 4,560.37 | 4,560.37 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 859,314.89 | 407,375.39 | 407,375.39 | 5,440.62 |
| **TOTAL DISBURSEMENTS** | $2,300,632.89 | $444,574.95 | $411,935.76 | $10,000.99 |

   4) This case was originally filed under Chapter 7 on June 30, 2010. The case was pending for 21 months.

   5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/11/2012          By: /s/GLENN R. HEYMAN
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2004 MB E55 | 1129-000 | 5,000.00 |
| 2002 GMC Denali | 1129-000 | 5,000.00 |
| Interest Income | 1270-000 | 0.99 |
| **TOTAL GROSS RECEIPTS** | | **$10,000.99** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | GMAC | 4800-000 | 32,127.00 | 32,639.19 | 0.00 | 0.00 |
| NOTFILED | Bank of America | 4110-000 | 1,329,995.00 | N/A | N/A | 0.00 |
| NOTFILED | BAC Home Loans Servicing | 4110-000 | 79,196.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$1,441,318.00** | **$32,639.19** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GLENN R. HEYMAN | 2100-000 | N/A | 1,750.07 | 1,750.07 | 1,750.07 |
| Crane, Heyman, Simon, Welch & Clar | 3110-000 | N/A | 2,716.00 | 2,716.00 | 2,716.00 |
| Crane, Heyman, Simon, Welch & Clar | 3120-000 | N/A | 38.68 | 38.68 | 38.68 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 11.46 | 11.46 | 11.46 |
| The Bank of New York Mellon | 2600-000 | N/A | 19.16 | 19.16 | 19.16 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 4,560.37 | 4,560.37 | 4,560.37 |

**EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

**EXHIBIT 6 −PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

**EXHIBIT 7 −GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Discover Bank | 7100-000 | 10,055.31 | 12,588.00 | 12,588.00 | 168.13 |
| 3 | Chase Bank USA, N.A. | 7100-000 | N/A | 4,607.51 | 4,607.51 | 61.53 |
| 4 | Chase Bank USA, N.A. | 7100-000 | 45,275.44 | 52,913.76 | 52,913.76 | 706.68 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 5 | Albany Bank & Trust Company | 7100-000 | 200,236.00 | 200,236.10 | 200,236.10 | 2,674.21 |
| 6 | American Express Centurion Bank | 7100-000 | 7,342.19 | 44,085.93 | 44,085.93 | 588.78 |
| 7 | American Express Centurion Bank | 7100-000 | 7,380.20 | 7,380.20 | 7,380.20 | 98.56 |
| 8 | PRA Receivables Mgmt as agent of Portfolio Recovery | 7100-000 | 13,992.81 | 16,555.02 | 16,555.02 | 221.10 |
| 9 | GE Money Bank | 7100-000 | 4,859.11 | 5,384.32 | 5,384.32 | 71.91 |
| 10 | Cavalry Portfolio Services, assignee of BofA/FIA Card | 7100-000 | N/A | 21,888.22 | 21,888.22 | 292.32 |
| 11 | Fia Card Services, NA/Bank of America | 7100-000 | 36,138.92 | 41,736.33 | 41,736.33 | 557.40 |
| NOTFILED | Maharam | 7100-000 | 1,219.23 | N/A | N/A | 0.00 |
| NOTFILED | Meyer Drapery Services, Inc. | 7100-000 | 1,003.21 | N/A | N/A | 0.00 |
| NOTFILED | Marvin Feig | 7100-000 | 54,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Nolte & Tyson, Inc. | 7100-000 | 987.40 | N/A | N/A | 0.00 |
| NOTFILED | Needful Things of Chicago | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Neiman Marcus | 7100-000 | 1,350.37 | N/A | N/A | 0.00 |
| NOTFILED | Marvin Feig and Associates | 7100-000 | 2,727.99 | N/A | N/A | 0.00 |
| NOTFILED | Oxford House | 7100-000 | 31.90 | N/A | N/A | 0.00 |
| NOTFILED | Knoll Inc. | 7100-000 | 28,208.91 | N/A | N/A | 0.00 |
| NOTFILED | Indecor-V | 7100-000 | 10,180.00 | N/A | N/A | 0.00 |
| NOTFILED | Knoll | 7100-000 | 31,306.04 | N/A | N/A | 0.00 |
| NOTFILED | Lafayette | 7100-000 | 27,127.69 | N/A | N/A | 0.00 |
| NOTFILED | Laken | 7100-000 | 5,245.00 | N/A | N/A | 0.00 |
| NOTFILED | Lexus Financial Services | 7100-000 | 2,648.44 | N/A | N/A | 0.00 |
| NOTFILED | Levolor-Newell Co. | 7100-000 | 2,644.08 | N/A | N/A | 0.00 |
| NOTFILED | Lexus Financial Services | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | IL Bone and Joint Institute RE | 7100-000 | 320.96 | N/A | N/A | 0.00 |
| NOTFILED | Solarfective | 7100-000 | 39,808.00 | N/A | N/A | 0.00 |
| NOTFILED | Vesta Decorative Home Accents | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | US Messenger & Logistics, Inc. | 7100-000 | 26.22 | N/A | N/A | 0.00 |
| NOTFILED | Warady & Davis | 7100-000 | 6,500.00 | N/A | N/A | 0.00 |
| NOTFILED | Warren Steven Window Fashions | 7100-000 | 13,500.91 | N/A | N/A | 0.00 |
| NOTFILED | Warren Shade Company | 7100-000 | 15,406.59 | N/A | N/A | 0.00 |
| NOTFILED | Yellow Freight | 7100-000 | 213.05 | N/A | N/A | 0.00 |
| NOTFILED | Wisconsin Drapery | 7100-000 | 1,435.46 | N/A | N/A | 0.00 |
| NOTFILED | UPS | 7100-000 | 108.20 | N/A | N/A | 0.00 |
| NOTFILED | Textol Systems, Inc. | 7100-000 | 636.48 | N/A | N/A | 0.00 |
| NOTFILED | Udell Brown | 7100-000 | 250.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Solar Shading Systems | 7100-000 | 2,594.00 | N/A | N/A | 0.00 |
| NOTFILED | RM Coco | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hunter Douglas - Northeast | 7100-000 | 8,692.03 | N/A | N/A | 0.00 |
| NOTFILED | Springs | 7100-000 | 10,207.54 | N/A | N/A | 0.00 |
| NOTFILED | Southstar Supply | 7100-000 | 35.00 | N/A | N/A | 0.00 |
| NOTFILED | Target National Bank | 7100-000 | 1,100.99 | N/A | N/A | 0.00 |
| NOTFILED | State Farm Insurance | 7100-000 | 4,089.66 | N/A | N/A | 0.00 |
| NOTFILED | Regent Shades & Blinds | 7100-000 | 2,675.81 | N/A | N/A | 0.00 |
| NOTFILED | Fabricut | 7100-000 | 675.54 | N/A | N/A | 0.00 |
| NOTFILED | Ado Corp. | 7100-000 | 6,179.54 | N/A | N/A | 0.00 |
| NOTFILED | Albany Bank & Trust Company | 7100-000 | 708.33 | N/A | N/A | 0.00 |
| NOTFILED | Allied Waste Services #710 | 7100-000 | 1,263.29 | N/A | N/A | 0.00 |
| NOTFILED | Albany Bank & Trust Company NA | 7100-000 | 33,796.30 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 786.72 | N/A | N/A | 0.00 |
| NOTFILED | Allstate, Hudson | 7100-000 | 1,347.20 | N/A | N/A | 0.00 |
| NOTFILED | American Express - Rewards Plus Gold | 7100-000 | 8,303.86 | N/A | N/A | 0.00 |
| NOTFILED | AT&T Mobility | 7100-000 | 1.55 | N/A | N/A | 0.00 |
| NOTFILED | American Express Centurion Bank | 7100-000 | 45,759.00 | N/A | N/A | 0.00 |
| NOTFILED | Dezign Sewing | 7100-000 | 75.00 | N/A | N/A | 0.00 |
| NOTFILED | Converged Communication Systems | 7100-000 | 70.00 | N/A | N/A | 0.00 |
| NOTFILED | Drapery Install | 7100-000 | 10,325.00 | N/A | N/A | 0.00 |
| NOTFILED | Fablok Mills, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Elaine Interiors | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hinckley Springs | 7100-000 | 399.65 | N/A | N/A | 0.00 |
| NOTFILED | GE Money Bank | 7100-000 | 5,080.32 | N/A | N/A | 0.00 |
| NOTFILED | CitiCards | 7100-000 | 20,540.52 | N/A | N/A | 0.00 |
| NOTFILED | Citibank SOuth Dakota, NA | 7100-000 | 22,215.48 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America - WorldPoints | 7100-000 | 16,953.12 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 36,500.67 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America - WorldPoints | 7100-000 | 12,785.27 | N/A | N/A | 0.00 |
| NOTFILED | BTX Window Automation, Inc. | 7100-000 | 6,746.44 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America - WorldPoints | 7100-000 | 18,460.48 | N/A | N/A | 0.00 |
| NOTFILED | Chase | 7100-000 | 5,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Carol Sewing | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | Hunter Douglas - Contract | 7100-000 | 3,180.47 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| TOTAL GENERAL UNSECURED CLAIMS | 859,314.89 | 407,375.39 | 407,375.39 | 5,440.62 |

UST Form 101-7-TDR (10/1/2010)

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-29606  
**Case Name:** KARIS, ANDREW J.  
　　　　　　　KARIS, MARIA L.  
**Period Ending:** 04/11/12

**Trustee:** (330360) GLENN R. HEYMAN  
**Filed (f) or Converted (c):** 06/30/10 (f)  
**§341(a) Meeting Date:** 08/16/10  
**Claims Bar Date:** 01/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Single family dwelling 2941 Keystone Road, North<br>　Orig. Asset Memo: Orig. Description: Single family dwelling 2941 Keystone Road, Northbrook, IL 60062; Imported from original petition Doc# 1 | 800,000.00 | 0.00 | | 0.00 | FA |
| 2 | Chase checking ( . . . 0817)<br>　Orig. Asset Memo: Orig. Description: Chase checking ( . . . 0817); Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 3 | Albank checking<br>　Orig. Asset Memo: Orig. Description: Albank checking; Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 4 | Chase checking ( . . . 8190)<br>　Orig. Asset Memo: Orig. Description: Chase checking ( . . . 8190); Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 5 | Chase savings ( . . . 0853)<br>　Orig. Asset Memo: Orig. Description: Chase savings ( . . . 0853); Imported from original petition Doc# 1 | 70.00 | 0.00 | | 0.00 | FA |
| 6 | Fifth Third Bank savings<br>　Orig. Asset Memo: Orig. Description: Fifth Third Bank savings; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 7 | Household goods and furnishings<br>　Orig. Asset Memo: Orig. Description: Household goods and furnishings; Imported from original petition Doc# 1 | 5,000.00 | 1,000.00 | DA | 0.00 | FA |
| 8 | Wearing apparel<br>　Orig. Asset Memo: Orig. Description: Wearing apparel; Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 9 | Engagement ring<br>　Orig. Asset Memo: Orig. Description: Engagement ring; Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 10 | Glock 9mm<br>　Orig. Asset Memo: Orig. Description: Glock 9mm; Imported from original petition Doc# 1 | 200.00 | 200.00 | DA | 0.00 | FA |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-29606  **Trustee:** (330360) GLENN R. HEYMAN
**Case Name:** KARIS, ANDREW J.  **Filed (f) or Converted (c):** 06/30/10 (f)
KARIS, MARIA L.  **§341(a) Meeting Date:** 08/16/10
**Period Ending:** 04/11/12  **Claims Bar Date:** 01/24/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 11 | Lincoln Benefit $1,000.000.00 term<br>Orig. Asset Memo: Orig. Description: Lincoln Benefit $1,000.000.00 term; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Allstate Insurance $100,000.00 term<br>Orig. Asset Memo: Orig. Description: Allstate Insurance $100,000.00 term; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 13 | 100% Drapemaster, Inc.<br>Orig. Asset Memo: Orig. Description: 100% Drapemaster, Inc.; Imported from original petition Doc# 1 | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Illinois Real Estate Agent<br>Orig. Asset Memo: Orig. Description: Illinois Real Estate Agent; Imported from original petition Doc# 1 | 1.00 | 0.00 | | 0.00 | FA |
| 15 | 2004 MB E55<br>Orig. Asset Memo: Orig. Description: 2004 MB E55; Imported from original petition Doc# 1 | 12,000.00 | 7,771.00 | | 5,000.00 | FA |
| 16 | 2002 GMC Denali<br>Orig. Asset Memo: Orig. Description: 2002 GMC Denali; Imported from original petition Doc# 1 | 2,000.00 | 2,000.00 | | 5,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.99 | FA |
| 17 | Assets    Totals (Excluding unknown values) | **$821,871.00** | **$10,971.00** | | **$10,000.99** | **$0.00** |

**Major Activities Affecting Case Closing:**

12/30/2011: TFR filed and disbursements made, once checks have cleared will file Final Account.

**Initial Projected Date Of Final Report (TFR):**    December 31, 2011        **Current Projected Date Of Final Report (TFR):**    September 30, 2011  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |  | | |
|---|---|---|---|---|
| **Case Number:** | 10-29606 | | **Trustee:** | GLENN R. HEYMAN (330360) |
| **Case Name:** | KARIS, ANDREW J. | | **Bank Name:** | The Bank of New York Mellon |
| | KARIS, MARIA L. | | **Account:** | 9200-******70-65 - Money Market Account |
| **Taxpayer ID #:** | **-***1003 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/11/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 11/03/10 | | Esther & Tom Karis | First payment of settlement for Mercedes Benz and GMC Denali | | 3,400.00 | | 3,400.00 |
| | {15} | | 1,700.00 | 1129-000 | | | 3,400.00 |
| | {16} | | 1,700.00 | 1129-000 | | | 3,400.00 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,400.02 |
| 12/15/10 | | Andrew & Maria Karis | Final Payment on 2004 Mercedes and 2002 GMC Denali automobiles | | 6,600.00 | | 10,000.02 |
| | {16} | | 3,300.00 | 1129-000 | | | 10,000.02 |
| | {15} | | 3,300.00 | 1129-000 | | | 10,000.02 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.05 | | 10,000.07 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 10,000.15 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.07 | | 10,000.22 |
| 02/28/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2010 FOR CASE #10-29606 Blanket Bond Payment Bond #016026455 | 2300-000 | | ! 11.46 | 9,988.76 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,988.84 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,988.92 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,989.00 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,989.08 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,989.16 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 19.16 | 9,970.00 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,970.08 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 9,945.08 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,945.16 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,945.24 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.08 | | 9,945.32 |
| 12/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.05 | | 9,945.37 |
| 12/21/11 | | To Account #9200******7066 | Transfer funds to close case | 9999-000 | | 9,945.37 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 10,000.99 | 10,000.99 | $0.00 |
| Less: Bank Transfers | | 0.00 | 9,945.37 | |
| **Subtotal** | | 10,000.99 | 55.62 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$10,000.99** | **$55.62** | |

{} Asset reference(s)     !-Not printed or not transmitted     Printed: 04/11/2012 12:05 PM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-29606  
**Case Name:** KARIS, ANDREW J.  
KARIS, MARIA L.  
**Taxpayer ID #:** **-***1003  
**Period Ending:** 04/11/12

**Trustee:** GLENN R. HEYMAN (330360)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******70-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/21/11 | | From Account #9200******7065 | Transfer funds to close case | 9999-000 | 9,945.37 | | 9,945.37 |
| 12/21/11 | 101 | GLENN R. HEYMAN | Dividend paid 100.00% on $1,750.07, Trustee Compensation; Reference: | 2100-000 | | 1,750.07 | 8,195.30 |
| 12/21/11 | 102 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $2,716.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,716.00 | 5,479.30 |
| 12/21/11 | 103 | Crane, Heyman, Simon, Welch & Clar | Dividend paid 100.00% on $38.68, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 38.68 | 5,440.62 |
| 12/21/11 | 104 | Discover Bank | Dividend paid 1.33% on $12,588.00; Claim# 2; Filed: $12,588.00; Reference: | 7100-000 | | 168.13 | 5,272.49 |
| 12/21/11 | 105 | Chase Bank USA, N.A. | Dividend paid 1.33% on $4,607.51; Claim# 3; Filed: $4,607.51; Reference: | 7100-000 | | 61.53 | 5,210.96 |
| 12/21/11 | 106 | Chase Bank USA, N.A. | Dividend paid 1.33% on $52,913.76; Claim# 4; Filed: $52,913.76; Reference: | 7100-000 | | 706.68 | 4,504.28 |
| 12/21/11 | 107 | Albany Bank & Trust Company | Dividend paid 1.33% on $200,236.10; Claim# 5; Filed: $200,236.10; Reference: | 7100-000 | | 2,674.21 | 1,830.07 |
| 12/21/11 | 108 | American Express Centurion Bank | Dividend paid 1.33% on $44,085.93; Claim# 6; Filed: $44,085.93; Reference: | 7100-000 | | 588.78 | 1,241.29 |
| 12/21/11 | 109 | American Express Centurion Bank | Dividend paid 1.33% on $7,380.20; Claim# 7; Filed: $7,380.20; Reference: | 7100-000 | | 98.56 | 1,142.73 |
| 12/21/11 | 110 | PRA Receivables Mgmt as agent of Portfolio Recovery Assocs | Dividend paid 1.33% on $16,555.02; Claim# 8; Filed: $16,555.02; Reference: | 7100-000 | | 221.10 | 921.63 |
| 12/21/11 | 111 | GE Money Bank | Dividend paid 1.33% on $5,384.32; Claim# 9; Filed: $5,384.32; Reference: | 7100-000 | | 71.91 | 849.72 |
| 12/21/11 | 112 | Cavalry Portfolio Services, assignee of BofA/FIA Card svc NA | Dividend paid 1.33% on $21,888.22; Claim# 10; Filed: $21,888.22; Reference: | 7100-000 | | 292.32 | 557.40 |
| 12/21/11 | 113 | Fia Card Services, NA/Bank of America | Dividend paid 1.33% on $41,736.33; Claim# 11; Filed: $41,736.33; Reference: | 7100-000 | | 557.40 | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 9,945.37 | 9,945.37 | $0.00 |
| Less: Bank Transfers | 9,945.37 | 0.00 | |
| **Subtotal** | 0.00 | 9,945.37 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$9,945.37** | |

{} Asset reference(s)

Printed: 04/11/2012 12:05 PM    V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| **Case Number:** | 10-29606 | | **Trustee:** | GLENN R. HEYMAN (330360) |
|---|---|---|---|---|
| **Case Name:** | KARIS, ANDREW J. | | **Bank Name:** | The Bank of New York Mellon |
| | KARIS, MARIA L. | | **Account:** | 9200-******70-66 - Checking Account |
| **Taxpayer ID #:** | **-***1003 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 04/11/12 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

Net Receipts : 10,000.99
———————
Net Estate : $10,000.99

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******70-65 | 10,000.99 | 55.62 | 0.00 |
| Checking # 9200-******70-66 | 0.00 | 9,945.37 | 0.00 |
| | $10,000.99 | $10,000.99 | $0.00 |

{} Asset reference(s)